# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF CHAIR AND : NO. 396
:
VICE-CHAIR OF THE MINOR JUDICIARY: MAGISTERIAL RULES DOCKET
:
EDUCATION BOARD : 
:
:
:

## AMENDED ORDER

**PER CURIAM**

**AND NOW**, this 1st day of April, 2016, Magisterial District Judge Fred B. Miller is hereby designated as Chair and Nathan N. Firestone, Esquire, as Vice-Chair of the Minor Judiciary Education Board commencing July 1, 2016.